**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00848-CV

### THE DALLAS MORNING NEWS, INC., Appellant

### V.

### CHRISTOPHER KEVIN MAPP, Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-02118-J

## ORDER
Before Justices Francis, Lang, and Myers

For reasons set out in our opinion of this date, the Dallas Morning News, Inc.'s July 28, 2014 conditional motion to dismiss appeal as moot and August 1, 2014 supplement to motion are **DENIED**.

/s/     MOLLY FRANCIS
        JUSTICE